**Fill in this information to identify the case:**

Debtor name   **Cherry & Candlewood, Inc.**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)   **2:24-bk-19874**

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
■ *Schedule H: Codebtors* (Official Form 206H)
■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
■ Amended *Schedule*    **Official Form 204/List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders**
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **December 17, 2024**        X _____
Signature of individual signing on behalf of debtor

**Michael J Long**
Printed name

**CEO**
Position or relationship to debtor

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Cherry & Candlewood, Inc.** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** |
| Case number (if known): | **2:24-bk-19874** |

☒ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **A&A Towing Attn: Officer, Director or Managing Agent 3204 Cherry Ave Long Beach, CA 90807** | | | | | | $440.28 |
| **AAA Club PO Box 25406 Santa Ana, CA 92799-5406** | | | | | | $186.00 |
| **Autozone Attn:  Officer, Director or Managing Agent 3605 South Street Long Beach, CA 90805** | | | | | | $2,088.69 |
| **Blue Shield of California PO Box 4700 Whittier, CA 90607-4700** | | | | | | $484.00 |
| **Blue Shield of California Attn:  Officer, Director or Managing Agent 601 12th Street, 20th Floor Oakland, CA 94607** | | | | | | $580.00 |

Debtor  __Cherry & Candlewood, Inc._____     Case number (if known)  __2:24-bk-19874__
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| California Department of Tax and* Fee Administration Special Ops, MIC:55 PO Box 942879 Sacramento, CA 94279-0055 | | Sales Taxes (approximate amount owed for 2024) | | | | $12,926.16 |
| Capital One Bank (USA), N.A.** Attn: Agent for Service of Process 1680 Capital One Dr Mc Lean, VA 22101 | | | | | | $12,556.66 |
| Caruso Ford Attn: Officer, Director or Managing Agent 3500 Cherry Avenue Long Beach, CA 90807 | | | | | | $1,986.80 |
| City of Long Beach 411 W Ocean Blvd Long Beach, CA 90802-9829 | | | | | | $1,768.78 |
| City of Long Beach 411 W Ocean Blvd Long Beach, CA 90802-9829 | | | | | | $515.95 |
| City of Long Beach 411 W Ocean Blvd Long Beach, CA 90802 | | | | | | $488.00 |
| City of Long Beach 411 W Ocean Blvd Long Beach, CA 90802-9829 | | | | | | $276.21 |
| EVT Parts Attn: Officer, Director or Managing Agent 9480 Burtis Street South Gate, CA 90280 | | | | | | $771.24 |
| Honest Funding 447 Broadway 2nd Floor #1197 New York, NY 10010 | | | Disputed | | | $16,703.15 |

Debtor    **Cherry & Candlewood, Inc.**
　　　　 Name

Case number *(if known)*    **2:24-bk-19874**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Internal Revenue Service* Centralized Insolvency Operation PO Box 7346 Philadelphia, PA 19101-7346 | | Federal Taxes owed | | | | $69,236.00 |
| Lendini 3220 Tillman Drive Suite 200 Bensalem, PA 19020 | | UCC1 Lien alleged to be on all of the Debtor's assets | Disputed | $61,061.00 | $0.00 | $61,061.00 |
| Lexus Financial Service PO Box 4102 Carol Stream, IL 60197-4102 | | Leasehold Interest in 2020 Lexus LC LC 500 RWD (Lease is in principal's name but corp is equitable owner of the vehicle and has made all payments) (CM | | $14,942.35 | $0.00 | $14,942.35 |
| LKQ Auto Parts Attn: Officer, Director or Managing Agent 5846 Crossings Blvd Antioch, TN 37013 | | | | | | $2,215.00 |
| US Small Business Administration** Office of General Counsel 312 North Spring Street, 5th Floor Los Angeles, CA 90012 | | EIDL Loan secured on all assets of the Debtor | Contingent | $159,169.08 | $0.00 | $159,169.08 |
| WebBank Attn: Agent for Service of Process 215 South State Street, Suite 1000 Salt Lake City, UT 84111 | | | | | | $77,428.48 |

**Fill in this information to identify the case:**

Debtor name    **Cherry & Candlewood, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    **2:24-bk-19874**

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                         12/15

| Part 1: | Summary of Assets |
|---|---|

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................    $    **3,139,000.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.............................................................................    $    **63,085.94**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*...............................................................................    $    **3,202,085.94**

| Part 2: | Summary of Liabilities |
|---|---|

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $    **2,917,934.37**

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................    $    **82,162.16**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................    +$    **118,647.24**

4.    **Total liabilities** .................................................................................................
    Lines 2 + 3a + 3b                                                                                    $    **3,118,743.77**

**Fill in this information to identify the case:**

Debtor name  **Cherry & Candlewood, Inc.**

United States Bankruptcy Court for the:  CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)  **2:24-bk-19874**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

**3.** **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Bank of America Buiness Advantage (CMV as of 12/03/24)** | Checking | 2883 | $2,485.94 |

**4.** **Other cash equivalents** *(Identify all)*

**5.** **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | $2,485.94 |
|---|---|

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No. Go to Part 5.

| Debtor | **Cherry & Candlewood, Inc.** | Case number *(If known)* **2:24-bk-19874** |
|---|---|---|
| | Name | |

☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.

■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** Misc auto and smog parts | | $0.00 | Liquidation | $8,600.00 |

23. **Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.

| | $8,600.00 |
|---|---|

24. **Is any of the property listed in Part 5 perishable?**
   ■ No
   ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
   ■ No
   ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.

☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** Office furniture and equipment | $0.00 | Liquidation | $1,500.00 |

Debtor    **Cherry & Candlewood, Inc.**                          Case number *(If known)*  **2:24-bk-19874**
_____
    Name

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
       books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
       collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**                                                                  | $1,500.00 |
       Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
       ■ No
       ☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---------|-------------------------------------|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☐ No.  Go to Part 9.
   ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **Leasehold Interest in 2020 Lexus LC LC 500 RWD (Lease is in principal's name but corp is equitable owner of the vehicle and has made all payments) (CMV of Vehicle is $41,000)** | $0.00 | | $0.00 |
| 47.2.  **2008 Chevrolet PT Crusier** | $0.00 | | $500.00 |
| 48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49.    **Aircraft and accessories** | | | |
| 50.    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** Misc smogging equipment and 6 bays/lifts | $0.00 | Liquidation | $50,000.00 |

51.    **Total of Part 8.**                                                                  | $50,500.00 |
       Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
       ■ No
       ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Debtor | **Cherry & Candlewood, Inc.** | Case number *(If known)* **2:24-bk-19874** |
|---|---|---|
| | Name | |

## Part 9:    Real property

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☑ Yes Fill in the information below.

55.    Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **Commercial Building: 3029 E. South St. Long Beach, CA 90805 (The property was appraised in August 2024 for $3,375,000, however, recent comp's show the property may be worth approximately $3,200,000. After selling costs of approximately 7%/$236,000, the net value in the property is $3,139,000)** | Fee Simple | $0.00 | Appraisal | $3,139,000.00 |

56.    **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| $3,139,000.00 |
|---|

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 10:    Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

60.    **Patents, copyrights, trademarks, and trade secrets**

61.    **Internet domain names and websites**

Debtor    **Cherry & Candlewood, Inc.**                    Case number *(if known)*  **2:24-bk-19874**
          Name

62.    **Licenses, franchises, and royalties**
       **AAMCO Franchise (Title is held by principal**
       **owner, individually, but was placed into the**
       **corporation some years ago)**                    $0.00    Liquidation                Undetermined

63.    **Customer lists, mailing lists, or other compilations**

64.    **Other intangibles, or intellectual property**

65.    **Goodwill**

66.    **Total of Part 10.**                                                              $0.00
       Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
       ■ No
       ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ■ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 11: | All other assets |
| --- | --- |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

Debtor    **Cherry & Candlewood, Inc.**                                      Case number *(If known)*  **2:24-bk-19874**
         _____
         Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $2,485.94 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $8,600.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $50,500.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.................................................................> | | $3,139,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* + | $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $63,085.94 | + 91b. $3,139,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $3,202,085.94 |

**Fill in this information to identify the case:**

Debtor name    **Cherry & Candlewood, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    **2:24-bk-19874**

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property                 12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **California Department of Tax and\***<br>Creditor's Name<br><br><br>**Fee Administration Special Ops, MIC:55 PO Box 942879 Sacramento, CA 94279-0055**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**Tax Lien for Oct-Dec 2023**<br>Last 4 digits of account number **6749** | **Describe debtor's property that is subject to a lien**<br>**Commercial Building:**<br>**3029 E. South St.**<br>**Long Beach, CA 90805**<br>**(The property was appraised in August 2024 for $3,375,000, however, recent comp's show the property may be worth approximately $3,200,000. After selling costs of approximately**<br><br>**Describe the lien**<br>**Sales Tax Lien**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | $2,289.16 | $3,139,000.00 |

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Pacific Loan Works**
**2. Los Angeles County Tax Collector\***
**3. California Department of Tax and\***
**4. California Department of Tax and\***

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | |
|---|---|---|---|
| **2.2** **California Department of Tax and\*** | Describe debtor's property that is subject to a lien | $572.84 | $3,139,000.00 |

Debtor    **Cherry & Candlewood, Inc.**
_____    Case number (if known)    **2:24-bk-19874**
Name

Creditor's Name

**Commercial Building:**
**3029 E. South St.**
**Long Beach, CA 90805**
**(The property was appraised in August 2024**
**for $3,375,000, however, recent comp's show**
**Fee Administration**    **the property may be worth approximately**
**Special Ops, MIC:55**    **$3,200,000. After selling costs of**
**PO Box 942879**    **approximately**
**Sacramento, CA**
**94279-0055**

Creditor's mailing address    Describe the lien

**Sales Tax Lien**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known    Is anyone else liable on this claim?

■ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

Date debt was incurred
**Tax Lien for July-Sept 2023**

Last 4 digits of account number    As of the petition filing date, the claim is:
**6749**    Check all that apply

Do multiple creditors have an    ☐ Contingent
interest in the same property?    ☐ Unliquidated
☐ No    ☐ Disputed
■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**Specified on line 2.1**

---

| 2.3 | **Lendini** | | | | Describe debtor's property that is subject to a lien | $61,061.00 | $0.00 |

Creditor's Name    **UCC1 Lien alleged to be on all of the Debtor's**
**assets**

**3220 Tillman Drive**
**Suite 200**
**Bensalem, PA 19020**

Creditor's mailing address    Describe the lien

**UCC1 filed 6/18/2024**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known    Is anyone else liable on this claim?

☐ No
■ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

Date debt was incurred
**03/11/2024**

Last 4 digits of account number    As of the petition filing date, the claim is:
**7864**    Check all that apply

Do multiple creditors have an    ☐ Contingent
interest in the same property?    ☐ Unliquidated
■ No    ■ Disputed
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

---

| 2.4 | **Lexus Financial Service** | | | | Describe debtor's property that is subject to a lien | $14,942.35 | $0.00 |

Creditor's Name    **Leasehold Interest in 2020 Lexus LC LC 500**
**RWD (Lease is in principal's name but corp is**
**PO Box 4102**    **equitable owner of the vehicle and has made**
**Carol Stream, IL**    **all payments) (CMV of Vehicle is $41,000)**
**60197-4102**

Creditor's mailing address    Describe the lien

**Auto Lease**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

---

| Debtor | **Cherry & Candlewood, Inc.** | Case number (if known) | **2:24-bk-19874** |
|---|---|---|---|
| | Name | | |

**Date debt was incurred**
**07/01/2020**
**Last 4 digits of account number**
**N603**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Los Angeles County Tax Collector*** | | | $31,370.11 | $3,139,000.00 |
|---|---|---|---|---|---|
| | Creditor's Name | | | | |

**Describe debtor's property that is subject to a lien**
**Commercial Building:**
**3029 E. South St.**
**Long Beach, CA 90805**
**(The property was appraised in August 2024 for $3,375,000, however, recent comp's show the property may be worth approximately $3,200,000. After selling costs of approximately**

**PO Box 54088**
**Los Angeles, CA 90054-0088**
Creditor's mailing address

**Describe the lien**
**Secured Property Taxes**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2024-2025**
**Last 4 digits of account number**
**0036**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **Pacific Loan Works** | | | $2,648,529.83 | $3,139,000.00 |
|---|---|---|---|---|---|
| | Creditor's Name | | | | |

**Describe debtor's property that is subject to a lien**
**Commercial Building:**
**3029 E. South St.**
**Long Beach, CA 90805**
**(The property was appraised in August 2024 for $3,375,000, however, recent comp's show the property may be worth approximately $3,200,000. After selling costs of approximately**

**461 North Grand Ave.**
**Covina, CA 91724**
Creditor's mailing address

**Describe the lien**
**First Deed of Trust**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**12/15/22**
**Last 4 digits of account number**

---

| Debtor | **Cherry & Candlewood, Inc.** | | Case number (if known) | **2:24-bk-19874** |
|---|---|---|---|---|
| | Name | | | |

**1615**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is:<br>Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority.<br>**Specified on line 2.1** | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.7 | **US Small Business Administration**\*\* | Describe debtor's property that is subject to a lien<br>**EIDL Loan secured on all assets of the Debtor** | **$159,169.08** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**Office of General Counsel
312 North Spring Street,
5th Floor
Los Angeles, CA 90012**

Creditor's mailing address

Describe the lien
**UCC1 Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred
UCC1 filed 7/01/2020
Last 4 digits of account number
7907**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is:<br>Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$2,917,934.37** |
|---|---|---|

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Commercial Asset Recovery, LLC<br>14 Wall St.<br>New York, NY 10005** | Line **2.3** | **1041** |
| **Corporation Service Company<br>801 Adlai Stevenson Drive<br>Springfield, IL 62703** | Line **2.7** | |
| **Small Business Administration<br>409 3rd Street, SW<br>Washington, DC 20416** | Line **2.7** | |
| **Total Lender Solutions Inc.<br>Attn: TSN 240726348<br>10505 Sorrento Valley Rd, Ste. 125<br>San Diego, CA 92121** | Line **2.6** | |

Debtor    **Cherry & Candlewood, Inc.**
Name                                                    Case number (if known)    **2:24-bk-19874**

| | |
|---|---|
| **US Attorney's Office**<br>**Federal Building, Room 7516**<br>**300 North Los Angeles Street**<br>**Los Angeles, CA 90012** | Line **2.7** |
| **US Attorney's Office***<br>**Chief, Civil Division**<br>**300 North Los Angeles Street**<br>**7th Floor**<br>**Los Angeles, CA 90012** | Line **2.7** |
| **US Small Business Administration**<br>**10737 Gateway West, #300**<br>**El Paso, TX 79935** | Line **2.7** |

**Fill in this information to identify the case:**

Debtor name __**Cherry & Candlewood, Inc.**__

United States Bankruptcy Court for the: __CENTRAL DISTRICT OF CALIFORNIA__

Case number (if known) __**2:24-bk-19874**__

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,926.16** | **$12,926.16** |
| | **California Department of Tax and\* Fee Administration Special Ops, MIC:55 PO Box 942879 Sacramento, CA 94279-0055** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred **2024** | Basis for the claim: **Sales Taxes (approximate amount owed for 2024)** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ☑ No ☐ Yes | | |

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** | **$0.00** |
| | **Employment Development Department\*\* Bankruptcy Group MIC 92E PO Box 826880 Sacramento, CA 94280-0001** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Payroll taxes- Listed out of caution** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ☑ No ☐ Yes | | |

| Debtor | **Cherry & Candlewood, Inc.** | Case number (if known) | **2:24-bk-19874** |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Undetermined** | **Unknown** |
|---|---|---|---|---|
| | **Franchise Tax Board\*** | Check all that apply. | | |
| | **Bankruptcy Section, MS: A340** | ☐ Contingent | | |
| | **PO Box 2952** | ☐ Unliquidated | | |
| | **Sacramento, CA 95812-2952** | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Listed out of caution only** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No |
| | ☐ Yes |

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$69,236.00** | **$69,236.00** |
|---|---|---|---|---|
| | **Internal Revenue Service\*** | Check all that apply. | | |
| | **Centralized Insolvency Operation** | ☐ Contingent | | |
| | **PO Box 7346** | ☐ Unliquidated | | |
| | **Philadelphia, PA 19101-7346** | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Federal Taxes owed** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No |
| | ☐ Yes |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$440.28** |
|---|---|---|---|
| | **A&A Towing** | | |
| | **Attn: Officer, Director or** | ☐ Contingent | |
| | **Managing Agent** | ☐ Unliquidated | |
| | **3204 Cherry Ave** | ☐ Disputed | |
| | **Long Beach, CA 90807** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$186.00** |
|---|---|---|---|
| | **AAA Club** | ☐ Contingent | |
| | **PO Box 25406** | ☐ Unliquidated | |
| | **Santa Ana, CA 92799-5406** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number  6901** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,088.69** |
|---|---|---|---|
| | **Autozone** | | |
| | **Attn:  Officer, Director or** | ☐ Contingent | |
| | **Managing Agent** | ☐ Unliquidated | |
| | **3605 South Street** | ☐ Disputed | |
| | **Long Beach, CA 90805** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Cherry & Candlewood, Inc.** | Case number *(if known)* | **2:24-bk-19874** |
|---|---|---|---|
| | Name | | |

---

**3.4** | **Nonpriority creditor's name and mailing address**

**Blue Shield of California**
**Attn:  Officer, Director or**
**Managing Agent**
**601 12th Street, 20th Floor**
**Oakland, CA 94607**

Date(s) debt was incurred _

Last 4 digits of account number  **0326**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Medical Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$580.00**

---

**3.5** | **Nonpriority creditor's name and mailing address**

**Blue Shield of California**
**PO Box 4700**
**Whittier, CA 90607-4700**

Date(s) debt was incurred _

Last 4 digits of account number  **1002**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Medical Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$484.00**

---

**3.6** | **Nonpriority creditor's name and mailing address**

**Capital One Bank (USA), N.A.\*\***
**Attn: Agent for Service of Process**
**1680 Capital One Dr**
**Mc Lean, VA 22101**

Date(s) debt was incurred  **07/06/2016**

Last 4 digits of account number  **5754**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Misc Charges**

Is the claim subject to offset? ■ No  ☐ Yes

**$12,556.66**

---

**3.7** | **Nonpriority creditor's name and mailing address**

**Caruso Ford**
**Attn:  Officer, Director or**
**Managing Agent**
**3500 Cherry Avenue**
**Long Beach, CA 90807**

Date(s) debt was incurred _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,986.80**

---

**3.8** | **Nonpriority creditor's name and mailing address**

**City of Long Beach**
**411 W Ocean Blvd**
**Long Beach, CA 90802-9829**

Date(s) debt was incurred  **04/15/2024**

Last 4 digits of account number  **1051**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset? ■ No  ☐ Yes

**$276.21**

---

**3.9** | **Nonpriority creditor's name and mailing address**

**City of Long Beach**
**411 W Ocean Blvd**
**Long Beach, CA 90802**

Date(s) debt was incurred  **04/29/2024**

Last 4 digits of account number  **8140**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset? ■ No  ☐ Yes

**$488.00**

---

**3.10** | **Nonpriority creditor's name and mailing address**

**City of Long Beach**
**411 W Ocean Blvd**
**Long Beach, CA 90802-9829**

Date(s) debt was incurred  **11/12/2024**

Last 4 digits of account number  **6798**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset? ■ No  ☐ Yes

**$41.00**

---

| Debtor | Cherry & Candlewood, Inc. | Case number (if known) | 2:24-bk-19874 |
|---|---|---|---|
| | Name | | |

---

**3.11** | Nonpriority creditor's name and mailing address

**City of Long Beach**
411 W Ocean Blvd
Long Beach, CA 90802-9829

Date(s) debt was incurred  **11/13/2023**

Last 4 digits of account number  **6798**

As of the petition filing date, the claim is: *Check all that apply.*                    **$117.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.12** | Nonpriority creditor's name and mailing address

**City of Long Beach**
411 W Ocean Blvd
Long Beach, CA 90802-9829

Date(s) debt was incurred  **12/02/2024**

Last 4 digits of account number  **0513**

As of the petition filing date, the claim is: *Check all that apply.*                    **$1,768.78**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.13** | Nonpriority creditor's name and mailing address

**City of Long Beach**
411 W Ocean Blvd
Long Beach, CA 90802-9829

Date(s) debt was incurred  **04/16/2024**

Last 4 digits of account number  **3530**

As of the petition filing date, the claim is: *Check all that apply.*                    **$515.95**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address

**EVT Parts**
Attn: Officer, Director or
Managing Agent
9480 Burtis Street
South Gate, CA 90280

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                    **$771.24**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address

**Funding Metrics, LLC**
3220 Tillman Drive, Ste 200
Bensalem, PA 19020

Date(s) debt was incurred  **6/18/24**

Last 4 digits of account number  **4849**

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Listed for notice purposes only- Associated with Lendini**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address

**Headway Capital**
175 W. Jackson Boulevard
Suite 1000
Chicago, IL 60604

Date(s) debt was incurred  **09/19/2022**

Last 4 digits of account number  **9417**

As of the petition filing date, the claim is: *Check all that apply.*                    **Undetermined**

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Listed out of caution only**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.17** | Nonpriority creditor's name and mailing address

**Honest Funding**
447 Broadway
2nd Floor #1197
New York, NY 10010

Date(s) debt was incurred  **10/10/2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                    **$16,703.15**

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Cherry & Candlewood, Inc.** | | Case number (if known) | **2:24-bk-19874** |
|---|---|---|---|---|
| | Name | | | |

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,215.00** |
|---|---|---|---|

**LKQ Auto Parts**
**Attn:  Officer, Director or**
**Managing Agent**
**5846 Crossings Blvd**
**Antioch, TN 37013**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Napa Auto Parts Headquarters**
**Attn:  Officer, Director or**
**Managing Agent**
**2999 Wildwood Pkwy**
**Atlanta, GA 30339**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**NatPro Transmission Parts**
**Attn:  Officer, Director or**
**Managing Agent**
**238 E Santa Amota Ave 203**
**Burbank, CA 91502**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**TranStar**
**Attn:  Officer, Director or**
**Managing Agent**
**1010 Rose Avenue**
**Richwood, NJ 08074-8000**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**VSS Compressor Service**
**Attn:  Officer, Director or**
**Managing Agent**
**16220 Garfield Avenue**
**Paramount, CA 90723**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$77,428.48** |
|---|---|---|---|

**WebBank**
**Attn: Agent for Service of Process**
**215 South State Street, Suite 1000**
**Salt Lake City, UT 84111**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  01/23/24**

**Basis for the claim:** _

**Last 4 digits of account number  2529**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Cherry & Candlewood, Inc.** | Case number (if known) | **2:24-bk-19874** |
|---|---|---|---|
| | Name | | |

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Wolters Kluwer Lien Solutions**
**PO Box 29071**
**Glendale, CA 91209**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Basis for the claim: __**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Attorney General's Office\*\***<br>**United States Department of Justice**<br>**Ben Franklin Station**<br>**PO Box 683**<br>**Washington, DC 20044** | Line **2.4**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Blue Shield of California**<br>**c/o Agent for Service of Process**<br>**1325 J Street, Ste 1550**<br>**Sacramento, CA 95814** | Line **3.4**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Blue Shield of California**<br>**c/o Agent for Service of Process**<br>**1325 J Street, Ste 1550**<br>**Sacramento, CA 95814** | Line **3.5**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Capital One Bank, N.A.**<br>**Attn: Officer, Director or**<br>**Managing Agent**<br>**4851 Cox Road**<br>**Glen Allen, VA 23060** | Line **3.6**<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Franchsine Tax Board Chief Counsel\***<br>**C/O General Counsel Section**<br>**PO Box 1720, MS: A-260**<br>**Rancho Cordova, CA 95741-1720** | Line **2.3**<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | **LKQ Auto Parts**<br>**c/o Corporate Creations Network**<br>**Agent for Service of Process**<br>**801 US Hwy 1**<br>**North Palm Beach, FL 33408** | Line **3.18**<br><br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Wolters Kluwer Lien Solutions**<br>**PO Box 29071**<br>**Glendale, CA 91209** | Line **3.15**<br><br>☐ Not listed. Explain ____ | _ |

---

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 82,162.16 |
| 5b. Total claims from Part 2 | 5b. + $ | 118,647.24 |

Debtor  **Cherry & Candlewood, Inc.**                                    Case number (*if known*)  **2:24-bk-19874**
         Name

**5c. Total of Parts 1 and 2**                              5c.   $                         200,809.40
   Lines 5a + 5b = 5c.

**Fill in this information to identify the case:**

Debtor name   **Cherry & Candlewood, Inc.**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)   **2:24-bk-19874**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal     Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract<br><br>**Debtor is the lessor of approx 1,460 sq ft of space at 3029 E South, Long Beach building Lease expires 9/30/2025** | **A&G Auto Care**<br>**3029 E South Street, #A**<br>**Long Beach, CA 90805** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract<br><br>**Debtor is the lessor of approx 2,560 sq ft of space at 3029 E South, Long Beach building Lease expires 11/1/2028** | **Brightside Scientiffic**<br>**3029 E South Street, #1 & 2**<br>**Long Beach, CA 90805** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract<br><br>**Debtor is the lessor of approx 3,480 sq ft of space at 3029 E South, Long Beach building Lease expires 3/20/2027** | **Electric Contractors**<br>**3029 E South Street, #E & F**<br>**Long Beach, CA 90805** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract<br><br>**Debtor is the lessee of Lexus vehicle which has expired and is in the process being converted to a purchase** | **Lexus Financial Service**<br>**PO Box 4102**<br>**Carol Stream, IL 60197-4102** |

Debtor 1  **Cherry & Candlewood, Inc.**                                        Case number (*if known*)  **2:24-bk-19874**

First Name          Middle Name          Last Name

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**Fill in this information to identify the case:**

Debtor name __**Cherry & Candlewood, Inc.**__

United States Bankruptcy Court for the: __CENTRAL DISTRICT OF CALIFORNIA__

Case number (if known) __**2:24-bk-19874**__

☐ Check if this is an
   amended filing

Official Form 206H
# Schedule H: Your Codebtors                                             12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1  **Michael J Long** | **23247 Camino Terraza**<br>**Corona, CA 92883** | **Capital One Bank (USA), N.A.**\*\* | ☐ D _____<br>■ E/F __3.6__<br>☐ G _____ |
| 2.2  **Michael J Long** | **23247 Camino Terraza**<br>**Corona, CA 92883** | **Lendini** | ■ D __2.3__<br>☐ E/F _____<br>☐ G _____ |
| 2.3  **Michael J Long** | **23247 Camino Terraza**<br>**Corona, CA 92883** | **Lexus Financial Service** | ■ D __2.4__<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **Cherry & Candlewood, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    **2:24-bk-19874**

☐ Check if this is an amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** From **7/01/2024** to **Filing Date** | ■ Operating a business<br>☐ Other | **Debtor will amend when financials are complete.** |
| **For prior year:** From **7/01/2023** to **6/30/2024** | ■ Operating a business<br>☐ Other | $635,714.00 |
| **For year before that:** From **7/01/2022** to **6/30/2023** | ■ Operating a business<br>☐ Other | $427,956.00 |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
| --- | --- | --- |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
| --- | --- | --- | --- |

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

| Debtor | **Cherry & Candlewood, Inc.** | Case number *(if known)* **2:24-bk-19874** |
| --- | --- | --- |

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
| --- | --- | --- | --- |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
| --- | --- | --- | --- |

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
| --- | --- | --- | --- |

<br>

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
| --- | --- | --- | --- | --- |
| 7.1. | **Honest Funding LLC vs Cherry and Candlewood Inc dba AAMCO Transmissions and Michael Joseph Long<br>819556/2024E** | **Complaint for Money** | **Supreme Court of the State of New York<br>County of Bronx** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

<br>

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
| --- | --- | --- | --- |

<br>

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Debtor | **Cherry & Candlewood, Inc.** | | Case number *(if known)* | **2:24-bk-19874** |

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:  Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **SHAW & HANOVER, PC**<br>**44-901 Village Court, Suite B**<br>**Palm Desert, CA 92260** | **Holman deposited $10,195 with Debtor's counsel as part of the initial retainer, Chris Long deposited another $5,000 of the retainer, and Carlton Long deposited another $11,738.00, for a total retainer to trust of $26,933.00. Debtor's counsel drew down $12,292.00 of pre-filing fees and costs and $14,641.00 of the pre-petition retainer remains in Debtor's counsel's trust account.** | **12/2024** | **$26,933.00** |

**Email or website address**
**ss@shaw.law**

**Who made the payment, if not debtor?**
**Richard Holman/Chris Long/Carlton Long**

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ☑ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7:  Previous Locations

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

| Debtor | Cherry & Candlewood, Inc. | Case number (if known) | 2:24-bk-19874 |

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

## Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Debtor    **Cherry & Candlewood, Inc.**

Case number *(if known)*    **2:24-bk-19874**

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

| Debtor | **Cherry & Candlewood, Inc.** | Case number *(if known)*  **2:24-bk-19874** |
|---|---|---|

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.  **Martin A Carrillo**<br>**750 Sturbridge Dr**<br>**La Habra, CA 90631** | **1984 to present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **Martin A Carrillo**<br>**750 Sturbridge Dr**<br>**La Habra, CA 90631** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|
| |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Michael J Long | 23247 Camino Terraza<br>Corona, CA 92883 | CEO and sole shareholder of Debtor | 100% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Carol Long | 23247 Camino Terraza<br>Corona, CA 92883 | Secretary and CFO | |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No

☐ Yes. Identify below.

Debtor    **Cherry & Candlewood, Inc.**    Case number *(if known)*    **2:24-bk-19874**

---

### 30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 · | **Michael & Carol Long**<br>**23247 Camino Terraza**<br>**Corona, CA 92883** | **$93,086.64 (Estimated & to be amended when financials for this period are finalized)** | **11/2023 through 11/2024** | **Distributions/Pay** |
| | **Relationship to debtor**<br>**CEO/Owner** | | | |

---

### 31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

### 32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

■ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | |

Debtor   **Cherry & Candlewood, Inc.**                                          Case number *(if known)*   **2:24-bk-19874**

---

**Part 14:**  **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **December 17, 2024**

_____          **Michael J Long**_____
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor   **CEO**_____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California

In re   **Cherry & Candlewood, Inc.** _____   Case No.   **2:24-bk-19874** _____

Debtor(s)   Chapter   **11** _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept _____   $   **10,204.00 (Pre-petition fees)\*\*\***

Prior to the filing of this statement I have received _____   $   **10,204.00 (Pre-petition fees)**

Balance Due _____   $   **0.00**

2.  The source of the compensation paid to me was:

☐ Debtor   ■ Other (specify):   **Richard Holman/Chris Long/Carlton Long. See Statement of Financial Affairs for further details regarding pre-petition retainer and payments received.**

3.  The source of compensation to be paid to me is:

■ Debtor   ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  [Other provisions as needed]
**\*\*\*Pre-petition work only, was covered by the above fee. Proposed general counsel is filing an Application to Employ firm for all post-filing representation to be provided and is sought in accordance to the terms of the pre-petition retainer agreement.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
**\*\*\*Pursuant to Application to Employ attorney to be filed with the Court which seeks compensation pursuant to pre-petition retainer agreement, for post-petition work, which requires separate retainer agreement for adversary proceedings and appellate representation.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**December 17, 2024** _____
_Date_

**Summer Shaw, Esq.**
_Signature of Attorney_
**SHAW & HANOVER, PC**
**44-901 Village Court, Suite B**
**Palm Desert, CA 92260**
**(760) 610-0000   Fax: (760) 687-2800**
**ss@shaw.law**
_Name of law firm_

---

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Summer Shaw, Esq.**<br>**44-901 Village Court, Suite B**<br>**Palm Desert, CA 92260**<br>**(760) 610-0000 Fax: (760) 687-2800**<br>California State Bar Number: **283598 CA**<br>**ss@shaw.law**<br><br><br><br><br><br><br><br><br>☐  *Debtor(s) appearing without an attorney*<br><br>■  *Attorney for Debtor* | |

<div align="center">

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

</div>

| In re:<br><br>**Cherry & Candlewood, Inc.**<br><br><br><br><br><br><br><br>                                              Debtor(s). | CASE NO.: **2:24-bk-19874**<br>CHAPTER: **11**<br><br>---<br><br><div align="center">AMENDED<br><br>**VERIFICATION OF MASTER<br>MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]**</div> |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __6__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: __December 17, 2024__

_____
Signature of Debtor 1

Date: _____

_____
Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: _____

_____
Signature of Attorney for Debtor (if applicable)

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                                                          **F 1007-1.MAILING.LIST.VERIFICATION**

.

Cherry & Candlewood, Inc.
3029 E South Street
Long Beach, CA 90805


Summer Shaw, Esq.
SHAW & HANOVER, PC
44-901 Village Court, Suite B
Palm Desert, CA 92260


A&A Towing
Attn: Officer, Director or
Managing Agent
3204 Cherry Ave
Long Beach, CA 90807


A&G Auto Care
3029 E South Street, #A
Long Beach, CA 90805


AAA Club
PO Box 25406
Santa Ana, CA 92799-5406


Attorney General's Office**
United States Department of Justice
Ben Franklin Station
PO Box 683
Washington, DC 20044


Autozone
Attn: Officer, Director or
Managing Agent
3605 South Street
Long Beach, CA 90805


Blue Shield of California
Attn: Officer, Director or
Managing Agent
601 12th Street, 20th Floor
Oakland, CA 94607

Blue Shield of California
PO Box 4700
Whittier, CA 90607-4700


Blue Shield of California
c/o Agent for Service of Process
1325 J Street, Ste 1550
Sacramento, CA 95814


Brightside Scientiffic
3029 E South Street, #1 & 2
Long Beach, CA 90805


California Department of Tax and*
Fee Administration
Special Ops, MIC:55
PO Box 942879
Sacramento, CA 94279-0055


Capital One Bank (USA), N.A.**
Attn: Agent for Service of Process
1680 Capital One Dr
Mc Lean, VA 22101


Capital One Bank, N.A.
Attn: Officer, Director or
Managing Agent
4851 Cox Road
Glen Allen, VA 23060


Caruso Ford
Attn: Officer, Director or
Managing Agent
3500 Cherry Avenue
Long Beach, CA 90807


City of Long Beach
411 W Ocean Blvd
Long Beach, CA 90802-9829

City of Long Beach
411 W Ocean Blvd
Long Beach, CA 90802


Commercial Asset Recovery, LLC
14 Wall St.
New York, NY 10005


Corporation Service Company
801 Adlai Stevenson Drive
Springfield, IL 62703


Electric Contractors
3029 E South Street, #E & F
Long Beach, CA 90805


Employment Development Department**
Bankruptcy Group MIC 92E
PO Box 826880
Sacramento, CA 94280-0001


EVT Parts
Attn: Officer, Director or
Managing Agent
9480 Burtis Street
South Gate, CA 90280


Franchinse Tax Board Chief Counsel*
C/O General Counsel Section
PO Box 1720, MS: A-260
Rancho Cordova, CA 95741-1720


Franchise Tax Board*
Bankruptcy Section, MS: A340
PO Box 2952
Sacramento, CA 95812-2952

Funding Metrics, LLC
3220 Tillman Drive, Ste 200
Bensalem, PA 19020


Headway Capital
175 W. Jackson Boulevard
Suite 1000
Chicago, IL 60604


Honest Funding
447 Broadway
2nd Floor #1197
New York, NY 10010


Internal Revenue Service*
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346


Lendini
3220 Tillman Drive
Suite 200
Bensalem, PA 19020


Lexus Financial Service
PO Box 4102
Carol Stream, IL 60197-4102


LKQ Auto Parts
Attn: Officer, Director or
Managing Agent
5846 Crossings Blvd
Antioch, TN 37013


LKQ Auto Parts
c/o Corporate Creations Network
 Agent for Service of Process
801 US Hwy 1
North Palm Beach, FL 33408

Los Angeles County Tax Collector*
PO Box 54088
Los Angeles, CA 90054-0088


Michael J Long
23247 Camino Terraza
Corona, CA 92883


Napa Auto Parts Headquarters
Attn: Officer, Director or
Managing Agent
2999 Wildwood Pkwy
Atlanta, GA 30339


NatPro Transmission Parts
Attn: Officer, Director or
Managing Agent
238 E Santa Amota Ave 203
Burbank, CA 91502


Pacific Loan Works
461 North Grand Ave.
Covina, CA 91724


Small Business Administration
409 3rd Street, SW
Washington, DC 20416


Total Lender Solutions Inc.
Attn: TSN 240726348
10505 Sorrento Valley Rd, Ste. 125
San Diego, CA 92121


TranStar
Attn: Officer, Director or
Managing Agent
1010 Rose Avenue
Richwood, NJ 08074-8000

```
US Attorney's Office**
Federal Building, Room 7516
300 North Los Angeles Street
Los Angeles, CA 90012


US Attorney's Office***
Chief, Civil Division
300 North Los Angeles Street
7th Floor
Los Angeles, CA 90012


US Small Business Administration
10737 Gateway West, #300
El Paso, TX 79935


US Small Business Administration**
Office of General Counsel
312 North Spring Street, 5th Floor
Los Angeles, CA 90012


VSS Compressor Service
Attn:  Officer, Director or
Managing Agent
16220 Garfield Avenue
Paramount, CA 90723


WebBank
Attn: Agent for Service of Process
215 South State Street, Suite 1000
Salt Lake City, UT 84111


Wolters Kluwer Lien Solutions
PO Box 29071
Glendale, CA 91209
```